IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12 CR 172 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM B. SILVIUS, | ) | **MOTION TO EXCLUDE THE** |
| | ) | **APPEARANCE OF MR. SILVIUS AT** |
| Defendant. | ) | **THE OCTOBER 2, 2012 FINAL** |
| | ) | **PRETRIAL** |
| | ) | |

Now comes the Defendant, William B. Silvius, by and through his counsel, Jaime P. Serrat, and hereby respectfully requests this Honorable Court to exclude Mr. Silvius's appearance at the Pretrial currently set for Tuesday, October 2, 2012 at 9:30 a.m. As this court is aware, Mr. Silvius is currently residing in the state of Florida and provides care for his eighty-three (83) year old mother. Traveling to Cleveland, Ohio is very difficult for him because of his limited economic resources. Mr. Silvius's presence at this pretrial would constitute an undue hardship. Therefore, Mr. Silvius respectfully requests this Honorable Court to excuse his appearance at the October 2, 2012 Final Pretrial.

Respectfully Submitted,

/s/ Jaime P. Serrat
JAIME P. SERRAT, (#0031660)
Attorney for the Defendant
2000 Standard Building
1370 Ontario Street
Cleveland, OH 44113
(216) 696-2150;(216) 696-1718- fax
serratlaw@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Jaime P. Serrat /s/_____
JAIME P. SERRAT, (#0031660)