UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: October 2, 2012

CASE NO. 1:12 CR 172

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

WILLIAM SILVIUS

APPEARANCES: Plaintiff: Robert Kern, Esq. And/or Chelsea Rice, Esq.

Defendant: Jaime Serrat, Esq.

PROCEEDINGS: P.T. held. Discovery on going – Def still looking for an expert. There is a pending Motion to Dismiss P.T. re-set 11/26/12 @ 9:30AM All counsel notified of this ORDER

Donald C. Nugent 10/2/12

Length of Proceedings: 30 MIN