IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR172 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | UNITED STATES OF AMERICA'S |
| | ) | NOTICE OF SUPPLEMENTAL |
| | ) | DISCOVERY PRODUCTION |
| WILLIAM B. SILVIUS, | ) | PURSUANT TO RULE 16 |
| | ) | OF THE FEDERAL RULES |
| Defendant. | ) | OF CRIMINAL PROCEDURE |
| | ) | |

Now comes the United States of America, by its counsel, Steven M. Dettelbach, United States Attorney, and Robert W. Kern and Chelsea Rice, Assistant U.S. Attorneys, and hereby gives notice that copies of the following will be produced to counsel of record for the defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, on October 9, 2012, by First Class U.S. Mail, postage prepaid:

1. 1 CD-R disk containing scanned copies of business records and other documents obtained during the execution of the search warrant at defendant's premises on August 1, 2007.

The originals of the records contained on the enclosed CD disk are in possession of Homeland Security Investigations, Cleveland Field Office, and have been available for inspection

and review by defense counsel since the original discovery production was made by the government in May 2012. The CD is being provided to defense counsel at this time for counsel's convenience.

            Respectfully submitted,

            STEVEN M. DETTELBACH
            United States Attorney

By: /s/ Robert W. Kern
    Robert W. Kern (0005161)
    Assistant U.S. Attorney
    Suite 400, U.S. Courthouse
    801 West Superior Avenue
    Cleveland, Ohio 44113
    Tel. No. (216) 622-3836
    Fax No. (216) 522-2403
    E-mail: Robert.Kern@usdoj.gov


By: /s/ Chelsea S. Rice
    Chelsea S. Rice (0076905)
    Assistant U.S. Attorney
    Suite 400, U.S. Courthouse
    801 West Superior Avenue
    Cleveland, Ohio 44113
    Tel. (216) 622-3752
    Fax (216) 522-8355
    E-Mail: Chelsea.Rice@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    /s/ Robert W. Kern
Robert W. Kern
Assistant U.S. Attorney